1
2
3
4
5
6
7
8                          IN THE UNITED STATES DISTRICT COURT
9                         FOR THE EASTERN DISTRICT OF CALIFORNIA
10   CARLOS HERRERA,
11           Petitioner,                    No. CIV S-09-3298 GGH P
12       vs.
13   HARRINGTON,
14           Respondent.                    ORDER
15   _____/
16           Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of
17   habeas corpus pursuant to 28 U.S.C. § 2254.
18           Petitioner is presently incarcerated at Kern Valley State Prison in Delano,
19   California, which is located in the Fresno Division of the Eastern District.  The application
20   attacks a conviction issued by the San Bernardino County Superior Court. While both this Court
21   and the United States District Court in the district where petitioner was convicted have
22   jurisdiction, see Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973), any and all
23   witnesses and evidence necessary for the resolution of petitioner's application are more readily
24   available in San Bernardino County. Id. at 499 n.15; 28 U.S.C. § 2241(d).
25   /////
26   /////

1  Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this
2  matter is transferred to the United States District Court for the Central District of California.  <u>Id.</u>
3  at 499 n.15; 28 U.S.C. § 2241(d).
4  DATED: December 15, 2009

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:md
herr3298.108a