UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS HERRERA,<br><br>            Petitioner,<br><br>      v.<br><br>HARRINGTON,<br><br>            Respondent. | CASE NO. ED CV 09-2298-RGK (PJW)<br><br>J U D G M E N T |

The matter having been rendered moot by the completion of the sentence being challenged, it is hereby adjudged that the Petition is DISMISSED.

DATED: May 14, 2010

*Gary Klausner*

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\~3605403.wpd